IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-061-RJC-DCK *SEALED*

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BRITTANIE HENRY and ZILPHIA ADCOCK, BRINGING THIS ACTION ON BEHALF OF THE UNITED STATES OF AMERICA and THE STATE OF NORTH CAROLINA,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>PHARMACY HOLDINGS, LLC; MEDCARE CLINIC & PHARMACY, LLC; ROBERT GLENN DOWDY; JAMES GRANT DOROUGH, and LUTHER DALE HUTCHINS,<br><br>Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Notice of the United States That It Is Not Intervening At This Time" (Document No. 22) filed August 11, 2022. The United States having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

**IT IS, THEREFORE, ORDERED** that:

1. The Complaint (Document No. 2) be unsealed and served upon Defendants by the Relators;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon Defendants, except for this Order and the "Notice of the United States That It Is Not Intervening At This Time" (Document No. 22), which the Relators will serve upon Defendants only after service of the Complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court will be sent to the United States; and

7. Should the Relators or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**SO ORDERED**. Signed: August 12, 2022

David C. Keesler
United States Magistrate Judge